# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Billie Jo Heffron**
   Plaintiff(s)

  vs.           **CASE NUMBER: 3:21-cv-1282**

**The Boatyard Grill, LLC**
   Defendant(s)

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Billie Jo Heffron, in the sum of Seven Thousand Five Hundred Dollars ($7,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 1, 2022 and filed as Docket Number 22.

DATED: July 6, 2022

_(signature)_
Clerk of Court

s/Daniel Krug
Daniel Krug
Deputy Clerk